**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Luke Troxel, individually and on behalf,
of all others similarly situated,

    Plaintiff,

v.

UMR, Inc., and Quantum Health, Inc.,

    Defendants.

Civ. No. 23-2521 (JWB/TNL)

**ORDER ON**
**MOTIONS TO DISMISS**

---

Daivd W. Asp, Esq., and Derek C. Waller, Esq., Lockridge Grindal Nauen PLLP, counsel for Plaintiff.

Nicholas Pappas, Esq., Shannon L. Bjorklund, Esq., and David Racine, Esq., Dorsey & Whitney LLP, counsel for Defendant UMR, Inc.

Paul Shapiro, Esq., Abby Sunberg, Esq., Amy Vogel, Esq., and David John Butler, Esq., Taft Stettinius & Hollister LLP, counsel for Defendant Quantum Health, Inc.

---

Based on the file, record, and submissions, and for the reasons stated at the

January 24, 2024 hearing, **IT IS HEREBY ORDERED** that:

1. Defendant Quantum Health, Inc.'s Partial Motion to Dismiss (Doc. No. 19), is **DENIED**.

2. Defendant UMR, Inc.'s Motion to Dismiss (Doc. No. 24), is **DENIED**.

3. Plaintiff may, after further consideration and consistent with statements made by counsel at the hearing, withdraw Count II from his Complaint. Any Amended Complaint should be filed by **Friday, February 2, 2024**.

Dated:  January 24, 2023

                                          *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Court Judge