**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Luke Troxel and Philip Kampa, individually and on behalf of all others similarly situated, | Case No. 23-CV-02521 (JWB/DJF) |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| UMR, Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Luke Troxel and Philip Kampa, and Defendant UMR, Inc. that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorney fees.

Dated:  August 6, 2026

*s/Derek C. Waller*
Gregory J. Myers, MN #0287398
David W. Asp, MN #0344850
Derek C. Waller, MN #0401120
Kira Q. Le, MN #0505681
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone: (612) 339-6900
dwasp@locklaw.com
jcbourne@locklaw.com
dcwaller@locklaw.com
kqle@locklaw.com

**ATTORNEYS FOR PLAINTIFFS**

1

Dated:  August 6, 2026

s/Shannon L. Bjorklund
Shannon L. Bjorklund, MN #0389932
Alan Iverson MN #0399747
David C. Racine, MN #0401060
Brock Huebner MN #0402698
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
bjorklund.shannon@dorsey.com
iverson.alan@dorsey.com
racine.david@dorsey.com
huebner.brock@dorsey.com

Nicholas J. Pappas (*pro hac vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212) 415-9387
pappas.nicholas@dorsey.com

**ATTORNEYS FOR DEFENDANT UMR, INC.**

2